1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5      1301 Clay Street, Suite 340S
       Oakland, California 94612
6      Telephone: (510) 637-3680
       FAX: (510) 637-3724
7      James.C.Mann@usdoj.gov

8  Attorneys for United States of America

9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13 UNITED STATES OF AMERICA,         ) No. CR-4-13-71012 MAG
                                     )
14                                   ) STIPULATED REQUEST TO CONTINUE AND
                                     ) EXCLUDE TIME PURSUANT TO THE SPEEDY
15     v.                            ) TRIAL ACT AND [PROPOSED] ORDER
                                     )
16 STANLEY LOGWOOD,                  ) Date:  May 16, 2014
                                     ) Time:  9:30 a.m.
17     Defendant.                    ) Court: Hon. Donna M. Ryu
                                     )
18

19     The above-captioned matter is set on May 16, 2014 before this Court for preliminary hearing or

20 arraignment. The parties request, however, that this matter be continued to May 22, 2014. The United

21 States is aware of the Court's Order following the last stipulation to continue this matter. Counsel for

22 the United States, however, is out of the state on May 16, 2014. As a result, the parties request that this

23 Court grant this brief continuance to allow counsel for the United States to be present at the hearing to

24 provide the Court with the status of this matter and to respond to the Court's inquiries. The parties

25 further request that this Court exclude time pursuant to 18 U.S.C. § 3161(b) (which governs the timing

26 ////

27 ////

28

STIPULATED REQUEST TO CONTINUE AND EXCLUDE TIME AND [PROPOSED] ORDER
CR-4-13-71012 MAG

for return of an indictment or information), and extend the time within which defendant is entitled to a preliminary hearing pursuant to Federal Rules of Criminal Procedure 5.1(c) and (d).

DATED: May 12, 2014

MELINDA HAAG
United States Attorney

_____/s/_____   _____/s/_____
JAMES C. MANN                    JAI M. GOHEL
Assistant United States Attorney Counsel for Defendant

     IT IS HEREBY ORDERED that, this matter is continued to May 22, 2014 at 9:30 a.m., and good cause having been shown, time is excluded between May 16, 2014 and May 22, 2014 pursuant to 18 U.S.C. § 3161(b) (which governs the timing for return of an indictment or information), and the time within which defendant is entitled to a preliminary hearing pursuant to Federal Rules of Criminal Procedure 5.1(c) and (d) is extended from May 16, 2014 to May 22, 2014.

DATED: 5/13/14                              _____
                                            HON. DONNA M. RYU
                                            United States Magistrate Judge

STIPULATED REQUEST TO CONTINUE AND EXCLUDE TIME AND [PROPOSED] ORDER
CR-4-13-71012 MAG