1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JOSEPH M. ALIOTO JR. (CABN 215544)
   Assistant United States Attorney
5
        450 Golden Gate Avenue
6       San Francisco, California 94102
        Telephone: (415) 436-6740
7       Joseph.Alioto@usdoj.gov

8  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15-CR-00238 JSW |
| Plaintiff, | STIPULATED REQUEST TO CONTINUE INITIAL APPEARANCE AND [PROPOSED] ORDER |
| v. | |
| STANLEY R. LOGWOOD, | |
| Defendant. | |

This supervised release violation case is scheduled to come before the Court for an initial appearance on the amended Form 12 on June 19, 2018 at 9:30 am before the Honorable Kandis A. Westmore. The parties respectfully request the hearing be continued to July 10, 2018 to accommodate counsel's June 19, 2018 medical appointment that cannot be rescheduled.

//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING
15-CR-238 JSW

SO STIPULATED.

Dated: June 13, 2018                             Respectfully submitted,

                                                 ALEX G. TSE
                                                 Acting United States Attorney


                                                  */s/ Joseph M. Alioto Jr.*
                                                 _____
                                                 JOSEPH M. ALIOTO JR.
                                                 Assistant United States Attorney


                                                  */s/ Alan A. Dressler*
                                                 _____
                                                 ALAN A. DRESSLER
                                                 Counsel for Defendant

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING
15-CR-238 JSW

| | |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |
| 2 | On stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the |
| 3 | initial appearance on the Amended Form 12 currently scheduled for June 19, 2018 is continued to July |
| 4 | 10, 2018. |
| 5 | IT IS SO ORDERED. |

Dated: June  14  , 2018

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING
15-CR-238 JSW